UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLIED TRUST INSURANCE COMPANY | CIVIL ACTION |
| VERSUS | NO: 22-2099 |
| TODD SOIGNET and CAROLYN SOIGNET | SECTION: "A" (3) |

## ORDER AND REASONS

The following motion is before the Court: **Motion to Dismiss as Moot (Rec. Doc. 10)** filed by Defendants Todd Soignet and Carolyn Soignet. Plaintiff, Allied Trust Insurance Company ("Allied"), opposes the motion. The motion, submitted for consideration on August 15, 2022, is before the Court without oral argument. For the following reasons, the Motion to Dismiss is GRANTED.

Plaintiff filed this action to obtain a declaratory judgment to enforce an appraisal provision of an insurance policy and contract between the parties.

Since the filing of this motion and the opposition to this motion, the appraisal process has officially been completed, resulting in a binding appraisal award being determined. **(Rec. Doc. 14-5)**. The relief that Plaintiff seeks has been delivered, therefore this action is moot, and the Court must dismiss Plaintiff's claim for declaratory judgment. Defendant's counterclaims remain pending. The mootness of the original complaint does not deprive the Court of subject matter jurisdiction over the counterclaims, which are allegedly subject to diversity jurisdiction.

Accordingly;

**IT IS ORDERED** that the **Motion to Dismiss as Moot (Rec. Doc. 10)** filed by Todd Soignet and Carolyn Soignet is **GRANTED.** The original complaint is dismissed;

the counterclaims remain pending.

October 12, 2022

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE